UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 OCT 24  AM 11: 20

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 408-232 |
| | ) |
| | ) INDICTMENT |
| v. | ) |
| | ) Violations: |
| | ) |
| RICCY MEDEROS, | ) 18 U.S.C. § 371 |
| | ) Conspiracy |
| Defendant | ) |
| | ) 18 U.S.C. § 1347 |
| | ) Health Care Fraud |
| | ) |
| | ) 18 U.S.C. § 1028A |
| | ) Aggravated Identity Theft |
| | ) |
| | ) 18 U.S.C. § 2 |
| | ) Aiding and Abetting |

## ORDER

The Government having moved the court to dismiss all charges in the instant Indictment,

without prejudice, it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED and the

charges against defendant RICCY MEDEROS in the Indictment in the above matter are hereby

dismissed, without prejudice.

SO ORDERED this 24th day of October, 2008.

_____
HON. WILLIAM T. MOORE, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT